IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES SELVITELLA,

        Plaintiff,

  v.

CITY OF SOUTH SAN FRANCISCO,

        Defendant.
                                         /

No. 08-04388 CW

ORDER VACATING DATES AND SETTING FURTHER CASE MANAGEMENT CONFERENCE

    Pursuant to the Second Joint Case Management Statement,

    IT IS HEREBY ORDERED that the Case Management Conference set for December 10, 2009, the Pretrial Conference set for June 1, 2010, and the Jury Trial set for June 14, 2010, are vacated. A Further Case Management Conference will be held on June 15, 2010, at 2:00 p.m. An updated Case Management Statement will be due one week prior to the conference.

12/2/09

Dated _____

_____
CLAUDIA WILKEN
United States District Judge