JAMES A. LASSART (SBN 40913)
JOHN A. ROWLAND (SBN 43862)
ADRIAN G. DRISCOLL (SBN 95468)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone:	(415) 543-4800
Facsimile:	(415) 972-6301

Attorneys for Plaintiff and Petitioner
JAMES SELVITELLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SELVITELLA,<br><br>          Plaintiff and Petitioner,<br><br>     v.<br><br>CITY OF SOUTH SAN FRANCISCO, CALIFORNIA, a Municipal Corporation, PERSONNEL BOARD OF THE CITY OF SOUTH SAN FRANCISCO, SOUTH SAN FRANCISCO FIRE DEPARTMENT, BARRY M. NAGEL, in his capacity as SOUTH SAN FRANCISCO CITY MANAGER, MARTY VAN DUYN, in his capacity as SOUTH SAN FRANCISCO ASSISTANT CITY MANAGER, PHILLIP WHITE, individually and in his capacity as CHIEF OF THE SOUTH SAN FRANCISCO FIRE DEPARTMENT, and DOES 1-500, inclusive,<br><br>          Defendants and<br>          Respondents. | CASE NO.  C 08-04388 CW (WDB)<br><br>**JOINT REQUEST UPON STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:	June 15, 2010<br>Time:	2:00 p.m.<br>Courtroom: 2 (Hon. Claudia Wilken) |

For the reasons set out below, all of the parties hereto request that the Court continue the Case Management Conference presently set for June 15, 2010, for a period of approximately 180 days:

1.	On December 24, 2009, the Court entered its Order denying plaintiff's Petition for Writ of Administrative Mandamus pursuant to California Code of Civil Procedure section 1094.5,

1   and staying defendants' motion for summary judgment on plaintiff's 42 USC § 1983 claim.  In its

2   Order, the Court directed entry of a Partial Judgment on the Petition for Writ of Administrative

3   Mandamus, pursuant to Federal Rule of Civil Procedure 54(b).  On that same day (December 24,

4   2009), the Court entered its Partial Judgment Under Federal Rule of Civil Procedure 54(b).

5         2.   Plaintiff subsequently filed an appeal from the Partial Judgment, which is now

6   pending.  Plaintiff filed his Opening Brief on June 7, 2010.

7         3.   In its Order denying the Petition for Writ of Administrative Mandamus and staying

8   defendants' motion for summary judgment, the Court directed that all discovery and further

9   litigation of the Section 1983 claim was stayed pending further order of the Court following

10  determination of an appeal from the Partial Judgment.  For this reason, there has been no activity

11  in the District Court since entry of the Order and Judgment (other than activities related to

12  plaintiff's appeal), and it is anticipated that there will be no non-appeal related activity until

13  determination of the appeal.

      Accordingly, in view of the pending appeal from the Partial Judgment, in which briefing is ongoing and oral argument has not yet been scheduled, the parties jointly request and stipulate that the Case Management Conference set for June 15, 2010 be continued to a date convenient to the Court approximately six months in the future, in late November or early December 2010, or January 2011.

Dated:  June 8, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ JAMES A. LASSART
   JAMES A. LASSART
   Attorneys for Plaintiff and Petitioner

Dated:  June 8, 2010

MEYERS NAVE RIBACK SILVER & WILSON

By:/s/ KIMBERLY COLWELL
   KIMBERLY COLWELL
   JOSEPH QUINN
   KAY KESSLER
   Attorneys for Defendants and Respondents


IT IS SO ORDERED
Judge Claudia Wilken

RC1/5599803.1/MY2

- 2 -

JOINT REQUEST UPON STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE
(C 08-04388 CW (WDB))